98 A.3d 533

## IN THE MATTER OF BARRY N. FRANK, AN ATTORNEY AT LAW (ATTORNEY NO. 000151977).

September 16, 2014.

### ORDER

The Office of Attorney Ethics having filed with the Court a petition pursuant to *Rule* 1:20–3(g)(4) and *Rule* 1:20–11, seeking the immediate temporary suspension of **BARRY N. FRANK** of **ENGLEWOOD,** who was admitted to the bar of this State in 1977;

And **BARRY N. FRANK** having failed to comply with the Orders of this Court filed January 15, 2014 and February 21, 2014, establishing deadlines for respondent's submission of documents and information to the Office of Attorney Ethics;

And good cause appearing;

It is ORDERED that that motion is granted, and **BARRY N. FRANK** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **BARRY N. FRANK** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **BARRY N. FRANK** comply with *Rule* 1:20–20 dealing with suspended attorneys.